**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BLUE-GRACE LOGISTICS LLC,

Plaintiff,

v.

Case No. 8:21-cv-2523-KKM-CPT

DAVID FAHEY, MARK FOX, TYLER WILKIEL, JASON COLLE, and TRAFFIC TECH, INC.

Defendants.

**DEFENDANTS' NOTICE OF FILING EXHIBITS TO DEFENDANTS' RESPONSE TO PLAINTIFF'S VERIFIED AMENDED MOTION FOR PRELIMINARY INJUNCTION**

On December 27, 2021, Defendants David Fahey, Mark Fox, Tyler Wilkiel, Jason Colle, and Traffic Tech, Inc. filed placeholders for their Exhibit Nos. 1, 3, 4, 5, 11, 13, and 14 to Defendants' Response to Plaintiff's Verified Amended Motion for Preliminary Injunction (ECF No. 42) because these documents were produced by Plaintiff Blue-Grace Logistic LLC during discovery and designated as "Confidential." Pursuant to Local Rule 1.11(d), Defendants provided Plaintiff with notice that they had filed these placeholders on December 27, 2021. On January 10, 2022, Counsel for Plaintiff informed Defendants that it has no objection to the filing of these Exhibits. Accordingly, and pursuant to Local Rule 1.11(d), Defendants hereby file Exhibit Nos. 1, 3, 4, 5, 11, 13, and 14 to Defendants' Response to Plaintiff's Verified Amended Motion for Preliminary Injunction, which are attached to this Notice.

January 17, 2022

By: */s Lukas S. Boehning*
Pamela Abbate-Dattilo
(admitted *pro hac vice*)
Lukas S. Boehning
(admitted *pro hac vice*)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000
(612) 492-7077 Fax
pabbatedattilo@fredlaw.com
lboehning@fredlaw.com

***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

I CERTIFY that on January 17, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties of record.

By: */s Lukas S. Boehning*
Lukas S. Boehning