bluegrace

August 17, 2017

DAVID FAHEY
2620 BROOKSIDE LANE
SCHAUMBURG, IL 60173

DEAR DAVID,

It is my pleasure to extend the following offer of employment to you on behalf of Blue-Grace Group, LLC dba BlueGrace Logistics. This offer is contingent upon your passing a drug screen and criminal background check if we so choose.

**Title:** Senior Carrier Sales Manager – Truckload - Chicago

**Reporting Relationship:** Mark Ford, COO Truckload

**Start Date:** Monday, August 28, 2017

**Base Salary:** $100,000.00 annually, subject to deductions for taxes and other withholdings as required by law or the policies of the company.

**Bonus Potential:** Up to $10,000.00, paid quarterly.

**Cell Phone Allowance:** $40.00 paid monthly.

**Non-Compete, Employment Agreement:** Our standard non-compete and confidentiality agreement must be signed prior to start.

**Benefits:** New employees are eligible for Insurance benefits after completion of 60 days of employment and are effective the first day of the following month. The current, standard company health, life, disability and dental insurance coverage are generally supplied per company policy. New employees are eligible for Holiday pay after completion of 90 days of employment. You are eligible to participate in our 401K program after 6 months of employment. The effective date is the following quarter after your eligibility date. The company offers a 50% match up to the first 3% in 401k contributions. Other benefits, (if applicable), will generally take place per company policy.

**Vacation and PTO (Paid Time Off):**

| Months of Service Completed | Amount of Days |
|---|---|
| 0 – 24 months | 5 Vacation & 5 PTO |
| 24 – 60 months | 10 Vacation & 5 PTO |
| 60 months or more | 15 Vacation & 5 PTO |

**General Expenses:** Customary to general corporate policy regarding your position.

**Travel Expenses:** If you travel on company business then your normal and reasonable expenses will be reimbursed on your next payable paycheck per company policy.

bluegrace

Your employment with BlueGrace Logistics is at-will and either party can terminate the relationship at any time with or without cause and with or without notice.

You acknowledge that this offer letter represents the entire agreement between you and BlueGrace Logistics and that no verbal or written agreements, promises or representations that are not specifically stated in this offer, are or will be binding upon BlueGrace Logistics

If you are in agreement with the above outline, please sign below. This offer is in effect for **Forty-Eight (48) hours.**

**Sincerely,**

Blue-Grace Group, LLC

By: Bobby Harris

Bobby Harris
CEO & President

AGREED AND ACCEPTED:

**Signature**

**Date:** 8-19-17