**employeerelations@mybluegrace.com**

| | |
|---|---|
| **From:** | Julie Edwards via Smartsheet <automation@smartsheet.com> |
| **Sent:** | Monday, June 15, 2020 6:11 PM |
| **To:** | employeerelations |
| **Subject:** | Missing information for reason for change |

Log In

Please make any necessary changes for the final approvals for the automation to continue.

Thank you!

[Internal Rotation Process]

Changes since 6/15/20 6:09 PM

**1** row changed

**1** row added or updated (shown in yellow)

Row 78

| | |
|---|---|
| **Create Date** | 06/01/20 8:17 AM |
| **Employee First Name** | David |
| **Employee Last Name** | Fahey |
| **BG Associate ID** | BG00442 |
| **Current Manager Email** | |
| **Current Manager Name** | Mark Ford |
| **Current Manager Email (Contact)** | mford@bluegracegroup.com |
| **Employee Title** | Sr. Manager, Carrier Sales |
| **Employee Hire Date** | 08/28/17 |

| | |
|---|---|
| **Employee Tenure Information** | Been with BG for 12 months or more |
| **Current Employee Department** | CARRIER SALES |
| **Current Employee Office Location** | CHICAGO LOOP |
| **Current Employee Business Unit** | Corporate |
| **Current Compensation Type** | |
| **Current Sales Goal** | No |
| **Current Compensation Amount** | |
| **Budgeted OT** | |
| **Current Bonus/Commission Structure** | |
| **New Reporting Manager Name** | Mark Ford |
| **New Reporting Manager Email Address** | mford@bluegracegroup.com |
| **New Manager Submission Date** | 06/15/20 6:09 PM |
| **Manager Completing Form** | Raddy Velkov |
| **New Employee Title** | Director, Carrier Sales |
| **New Employee Department** | CARRIER SALES |
| **New Employee Office Location** | CHICAGO LOOP |
| **New Employee Business Unit** | Corporate |

| | |
|---|---|
| **New Employee Sales Goal** | |
| **New Employee Compensation Type** | Salary |
| **New Employee Compensation Amount** | |
| **New Commission/Bonus Amount Structure** | |
| **If Completed** | |
| **HR Analyst Approval** | Approved |
| **Approved Compensation Amount** | |
| **Reason for Change** | |
| **CPO Approval** | Approved |
| **Effective Date** | 06/15/20 |
| **Override Tenure Qualifications?** | |

Changes made by jedwards@bluegracegroup.com

You are receiving this email because you are subscribed to a workflow "HR Analyst Verification, CPO Meeting, CPO Approval, HR final confirmation" (ID# 4363464610211716) on sheet Internal Rotation Process

Your notifications include changes made by you. Exclude your changes from all notifications

Don't want to receive this notification? Unsubscribe

Please do not reply to this mail. For support or questions, please contact us at www.smartsheet.com/gethelp

© 2020 Smartsheet Inc. | Contact | Privacy Policy | User Agreement Report Abuse/Spam