**David Fahey's Job Title History**

| | |
|---|---|
| 8/28/2017 | Senior Carrier Sales Manager |
| 1/5/2018 | Senior Manager Carrier Sales |
| 6/15/2020 | Director of Carrier Sales |

**David Fahey's Salary History**

| | |
|---|---|
| 8/28/2017 | $100,000.16 |
| 10/21/2019 | $108,000.10 |
| 9/21/2020 | $113,400.04 |
| 11/16/2020 | $175,000.02 |



Exhibit 4