**employeerelations@mybluegrace.com**

**From:** noreply@qemailserver.com
**Sent:** Monday, February 1, 2021 11:58 PM
**To:** employeerelations@mybluegrace.com
**Subject:** Exit Interview Response Recieved

HR,

An offboarded employee has completed the exit interview.

Please see attached information.

---

**Recipient Data:**
**Time Finished:** 2021-02-01 23:58:06 EST
**IP:** 73.176.86.186
**ResponseID:** R_DSrATPCLdRCwjf3
**Link to View Results:** Click Here
**URL to View Results:**
https://bluegrace.co1.qualtrics.com/CP/Report.php?SID=SV_4IT641CFKoU8ooR&R=R_DSrATPCLdRCwjf3

---

**Response Summary:**

Please provide your name.
David Fahey

Department
Truckload

Immediate Supervisor
Mark Ford

Job Title
Director of carrier sales

Reason for separation from BlueGrace?
Resignation

What prompted you to seek alternative employment? (check all that apply)
Compensation

Would you like someone from HR to contact you?
No

Before making your decision to leave, did you investigate other options that would enable you to stay?
Yes

Please explain any steps you too to enable you to stay at BlueGrace.

Spoke with mark and Bobby and was offered a fair compensation to stay but unfortunately felt it was too late.

Please rate your immediate supervisor in the following areas.

Displayed fair and equal treatment
Most of the time

Provided recognition on the job
Sometimes

Developed cooperation and teamwork
Most of the time

Encouraged/listened to suggestions
Most of the time

Resolved complaints and problems
Always

Followed policies and practices
Always

Provided feedback on job performance
Sometimes

How would you rate the following about your job?

Cooperation with other departments
Good

Communications in your department
Good

Communications within BlueGrace as a whole
Poor

Communication between you and your manager
Average

Job Satisfaction
Good

Training you recieved
Good

How did you feel about your salary and the employee benefits?

Base Salary
Average

Commission Plan
Poor

Benefits (health, dental, disability, accident, and life insurance)
Poor

401 K Plan
Average

Paid Time Off/Vacation
Excellent

What did you like most about your job and/or BlueGrace?

Loved the people I worked with. I had an amazing opportunity to shape a department from the ground up with great leaders (mark & raddy). Loved the way the company wanted to grow and put so much effort into building a power house brokerage. Company offered solid recognition and a great career path for me. Raddy was instrumental in my growth and was a pleasure to work with.

What did you like least about your job and/or BlueGrace

It was very difficult trying to build a culture that was bluegrace similar but different enough to be our own in Chicago without true executive support. Lack of executive representation and financial support from the company make it difficult to keep the troops excited and focused on the ultimate vision. Compensation was on the lower end for my position and felt like a constant struggle to show my value and worth from a financial perspective. Our goals were unrealistic and relied too heavily on GP when we were in a hyper growth (revenue driven) mode. Always felt like we were chasing warburgs approval but we're letting them down. All issues are easier to stomach when compensation is aligned.

Would you recommend BlueGrace to a friend as a place to work?
Yes, without reservation