Fahey Departure Conversation

8:36

DF
Dave

Mon, Nov 16, 10:22 PM

You still up?

Can you text?

Yea just a lot to text. Had a hour convo with Bobby. I'm going to hear him out tomorrow about things.

Good to hear

Feel free to call me first thing in the am. Everyone is sleeping and I prefer to not die tonight

8:36

DF
Dave

Yea I guess. I don't really like how this all played out. to be honest feels slimy to be and not my character I don't use offers to get more money. You either want me or don't but I get it. I'll call ya first thing. Thanks sorry about all this. I didn't want to let you down. Wasn't easy.

I get it. I'm hopeful it'll all get worked out. I want you guys to be happy, feel wanted and be hopeful you can build a future

Tue, Nov 17, 8:22 AM

To make $200k, we would need to be at $40M GP (.5%)

Tue, Nov 17, 5:06 PM

$150k salary (submitted for next eligible payroll)

iMessage

8:37

DF
Dave

Tue, Nov 17, 5:06 PM

$150k salary (submitted for next eligible payroll)
40% bonus potential

$10k 2020 bonus (submit immediately)

Wed, Nov 18, 9:25 AM

I failed to mention the stock. Did Bobby talk about that?

He did mention it but if i could get some more clarification it would definitely help.

Call me when you get a minute

Wed, Nov 18, 12:02 PM

Are you still there?

Yes

iMessage

8:38

DF
Dave

Yes

Can you step in an office and call me?

Great now Bobby is calling me wonderful

Did you talk to him.

Wed, Nov 18, 2:58 PM

Sorry. Now good?

I had to jump on another call

Wed, Nov 18, 8:15 PM

Hey just wanted to say thanks for helping me through this and helping to get this done. End of the day my heart is with bluegrace. You're a boss, mentor and friend and happy we can continue to work together to build something

iMessage

8:39

DF
Dave

Hey just wanted to say thanks for helping me through this and helping to get this done. End of the day my heart is with bluegrace. You're a boss, mentor and friend and happy we can continue to work together to build something great. Besides the financial aspect of things building the right culture is extremely important to me and know the value that brings to an organization. Thanks again

Of course. I appreciate you sticking with us (and me). I can be a hot head, but at the end if the day I'm glad cool minds prevailed. I hope money is the least of our worries going forward, as it shouldn't have come down to this. And that's on us, not you

iMessage


8:43
DF
Dave
Thu, Nov 19, 3:28 PM
Give me another ring when you get a minute
Are you on this call or do you have a moment?
What call?
CEO meeting
Yeah. I'm hopping on. We have an interview here right now as well
I can't get on
Did you need me?
Ok just let me know when your off to chat. It has to do with the convo we just had and how things spread like wild fire. It was pretty obviously from the naked eye
iMessage


8:44
DF
Dave
Ok just let me know when your off to chat. It has to do with the convo we just had and how things spread like wild fire. It was pretty obviously from the naked eye what happened with me at bluegrace so people speculate, but Tampa (Sam scala and Dustin snipes) reached out to jimmy to find out and they have an idea about my offer from traffic tech and I've never spoken to anyone about that. Just a heads up.
Did Jimmy tell them?
No
I'm available
Fri, Nov 20, 3:07 PM
iMessage


8:45
DF
Dave
Sun, Nov 22, 6:18 PM
You have 5 -10 min?
Sure
Sat, Nov 28, 7:51 PM
Hey what's going on ? You have some time to chat?
Can it wait until tomorrow?
Yea I can shoot you a call in the morning
Sorry I'm with Zach
Haha for sure no worries
Mon, Nov 30, 7:23 AM
FYI- I'm coming up to Chicago tonight. Can you drop your stuff off tonight or tomorrow at the hotel?
iMessage


8:45
DF
Dave
Of course
Mon, Nov 30, 12:28 PM
I heard you already dropped your stuff off?
I dropped off my laptop yesterday but was just checking to see if I have another else. I honestly might have another laptop or pats laptop at home.
Ok. I switched my travels to next week. Just get ahold of Megan or Faghihi to drop off anything else
Ok I will. Thanks


9:20
DF
Dave
FYI- I'm coming up to Chicago tonight. Can you drop your stuff off tonight or tomorrow at the hotel?
Of course
Mon, Nov 30, 12:28 PM
I heard you already dropped your stuff off?
I dropped off my laptop yesterday but was just checking to see if I have another else. I honestly might have another laptop or pats laptop at home.
Ok. I switched my travels to next week. Just get ahold of Megan or Faghihi to drop off anything else
Ok I will. Thanks
iMessage