# OFFBOARDING REQUEST

---

**REQUESTOR:** RADDY VELKOV

**EMPLOYEE:** DAVID FAHEY

**ASSOCIATE ID:** BG00442

**LAST DAY:** 11/29/2020

**LAST DAY PAID:** 11/25/2020 12:00:00 AM

**TYPE:** VOLUNTARY

**REASON:** RESIGNED

**COMMENTS:** N/A

**MANAGER:** MARK FORD

**LOCATION:** CHICAGO LOOP

**ELIGIBLE FOR RE-HIRE:** YES

**RE-HIRE REASON:** N/A