# Offboarding Request

**Requestor:** Raddy Velkov

**Employee:** David Fahey

**Associate ID:** BG00442

**Last Day:** 11/18/2020

**Last Day Paid:** 11/18/2020 12:00:00 AM

**Type:** Voluntary

**Reason:** Resigned

**Comments:** N/A

**Manager:** Mark Ford

**Location:** Chicago Loop

**Eligible for Re-hire:** Yes

**Re-hire Reason:** N/A



Exhibit 14